FREDERICK HUNN, Appellant, v. SOLLY PERNICK et al., Respondents.— In an action to recover damages for personal injuries claimed to have been suffered

by the plaintiff as a result of being struck by an automobile owned by defendant Pernick and operated by defendant Danuff, the jury rendered a verdict in favor of defendants. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.